No. 787, Misc. REYNOLDS *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. Petitioner *pro se*. *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Sidney M. Glazer* for the United States.

No. 790, Misc. WALKER *v.* KONITZER ET AL. District Court of Appeal of California, Third Appellate District. Certiorari denied.

No. 796, Misc. MARTIN, DOING BUSINESS AS JACK MARTIN NEWER CARS, *v.* MOSSLER ACCEPTANCE CO., DOING BUSINESS AS ALLEN-PARKER CO. C. A. 5th Cir. Certiorari denied. *J. Russell Hornsby* for petitioner. *Frank M. Marks* for respondent.

No. 798, Misc. DESTEFANO *v.* FAY, WARDEN. C. A. 2d Cir. Certiorari denied.

No. 801, Misc. SMITH *v.* KENTUCKY. Court of Appeals of Kentucky. Certiorari denied.

No. 802, Misc. SORRELLS *v.* BOLES, WARDEN. Supreme Court of Appeals of West Virginia. Certiorari denied.

No. 812, Misc. TWEEDY *v.* RHAY, PENITENTIARY SUPERINTENDENT. Supreme Court of Washington. Certiorari denied.

No. 808, Misc. WHITE *v.* MINNESOTA. C. A. 8th Cir. Certiorari denied.

No. 827, Misc. DUKE *v.* THOMAS, WARDEN. Court of Appeals of Kentucky. Certiorari denied.